UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Crim. No. 6:15-cr-00021-GFVT-HAI-3 |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JORDAN DWAYNE TAYLOR, ) | |
| ) | |
| Defendant. ) | |

*** *** *** ***

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Hanly Ingram. [R. 326.] In 2016, then-District Judge Thapar sentenced Defendant Jordan Taylor to 100 months of imprisonment followed by five years of supervised release after he pled guilty to one count of conspiracy to distribute heroin. *Id.* at 1. The Judgment included, among others, a standard condition restricting Mr. Taylor's possession and use of any controlled substances. [R. 199 at 3.] Mr. Taylor was released from incarceration on March 10, 2023 and was subsequently referred to a treatment facility for substance abuse and mental health counseling. [R. 326.] On June 15, 2023, the United States Probation Office reported that Mr. Taylor had used methamphetamine and oxycodone but requested no action at the time. [R. 315.] The United States Probation Office now charges Mr. Taylor with three violations of Mr. Taylor's supervised release conditions. *Id.* at 2. According to U.S. Probation, on September 19, 2023, Mr. Taylor admitted to the use of methamphetamine and heroin but stated that the heroin may have been fentanyl. *Id*. A urine specimen confirmed Mr. Taylor's use of methamphetamine and fentanyl. *Id*.

Mr. Taylor appeared before Judge Ingram for an initial appearance pursuant to Federal Rule of Criminal Procedure 32.1. [R. 324.] On October 17, 2023, Mr. Taylor appeared before Judge Ingram for his final hearing. [R. 325.] As Judge Ingram found, Mr. Taylor "competently, knowingly, voluntarily, and intelligently" stipulated to all three violations. *Id*. After hearing the parties' arguments, Judge Ingram issued a Report and Recommendation in which he evaluated the entire record and considered all Section 3553(a) factors imported into the Section 3583(e) analysis, as well as the Guidelines Range. [R. 326.] Pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, the Report and Recommendation advises the parties that objections must be filed within fourteen (14) days of service. *Id.* at 10; *see* 28 U.S.C. § 636(b)(1).

More than fourteen days have passed and no one has objected to the Report and Recommendation. Moreover, Mr. Taylor has waived his right to allocution. [R. 327.] Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). But when no objections are made, as in this case, the Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn,* 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters,* 638 F.2d 947, 949–50 (6th Cir. 1981). Nevertheless, the Court has examined the record and agrees with Judge Ingram's recommended disposition.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Report and Recommendation **[R. 326]** is **ADOPTED** as and for the Opinion of the Court;

2

2. Mr. Taylor is found **GUILTY** of Violations #1, #2, and #3 as charged by the United States Probation Office;

3. Mr. Taylor's current term of supervised release is **REVOKED**;

4. Mr. Taylor is **SENTENCED** to a term of incarceration of eighteen (18) months;

5. Thereafter, a term of supervise release is **IMPOSED** for four years, under the same conditions previously imposed;

6. The United States Probation Office **SHALL** conduct a drug-treatment assessment upon Mr. Taylor's release; and

7. Judgment shall enter promptly.

This the 14th day of November 2023.

Gregory F. Van Tatenhove
United States District Judge